JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KORTTNEY ELLIOTT, | Case No. 5:23-cv-00386-SSS-DTBx |
|---|---|
| Plaintiff, | |
| v. | **FINAL JUDGMENT REGARDING PLAINTIFF'S DEFAULT JUDGMENT [Dkt. 27]** |
| RITA HANSEN AS TRUSTEE OF THE RITA C. HANSEN FAMILY TRUST, | |
| Defendant. | |

# JUDGMENT

Consistent with the accompanying order granting Plaintiff's motion for entry of default judgment, it is hereby ordered and adjudged that Plaintiff **KORTTNEY ELLIOTT** shall have **JUDGMENT** in his favor in the amount of **$1,843.00** against Defendant **RITA HANSEN AS TRUSTEE OF THE RITA C. HANSEN FAMILY TRUST**.

Additionally, Defendant **RITA HANSEN** is **ORDERED** to bring the parking lot of the business and property located at **1133 W. 6th Street, Ontario, California** into compliance with the Americans with Disabilities Act Accessibility Guidelines.

**IT IS SO ORDERED.**

Dated: July 12, 2024

SUNSHINE S. SYKES
United States District Judge